IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **INGE GOODSON,** | |
| **Plaintiff,** | |
| v. | Case No. 1:12-cv-00065 |
| **BANK OF AMERICA, N.A.,** | |
| **Defendant.** | |

## DEFENDANT'S MOTION TO DISMISS

Defendant Bank of America, N.A. ("Defendant"), by its undersigned attorneys, respectfully moves the Court to dismiss the Complaint filed by Plaintiff Inge Goodson ("Plaintiff") pursuant to Federal Rules of Civil Procedure Rule 12(b)(6) for failing to state a claim upon which relief may be granted. Plaintiff's claim against Defendant fails as a matter of law and the Complaint should be dismissed in its entirety.

In support of its arguments, Defendant relies upon their concurrently filed memorandum of law.

Respectfully submitted,

/s/ Lauren Paxton Roberts
Lauren Paxton Roberts (B.P.R. No. 25049)
STITES & HARBISON, PLLC
SunTrust Plaza
401 Commerce Street, Suite 800
Nashville, TN 37219
(615) 782-2284 (phone)
(615) 742-0729 (fax)
*Lauren.roberts@stites.com*
*Counsel for Bank of America, N.A.*

CERTIFICATE OF SERVICE

    I do hereby certify that true and exact copies of the foregoing **Defendant's Motion to Dismiss** has this day been filed with the Clerk of the Court using the CM/ECF system which sent notice of filing to parties listed and mailed a true copy of same via prepaid First Class mail and/or electronic mail to:

    Patrick Barrett
    Barrett Law Office, PLLC
    2021 Richard Jones Road, Suite 300
    Nashville, Tennessee 37215
    pbarrett@barrettlawofficetn.com

    Henry Franklin Todd, Jr.
    Todd & Spencer Law Firm
    404 E. College Street
    Dickson, Tennessee 37055
    henrytoddjr@bellsouth.net

    John R. Ates
    Ates Law Firm, P.C.
    1800 Diagonal Road
    Suite 600
    Alexandria, Virginia 22314
    j.ates@ateslaw.com

    *Attorneys for Plaintiff*

Dated this 9th day of August, 2011.

    s/ Lauren Paxton Roberts
    Lauren Paxton Roberts

CO525:CO219:953706:1:NASHVILLE