IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| INGE GOODSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:12-0065 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This action is related to an action currently pending before the Honorable Kevin Sharp, case no. 1:11-0031, Ingle Goodson v. Shapiro & Kirsch. This action contains the same underlying facts as the prior action, case no. 1:11-0031 filed before Judge Sharp. After conferring with Judge Sharp, this action is hereby **TRANSFERRED** to The Honorable Kevin Sharp, United States District Judge.

It is so **ORDERED**.

**ENTERED** this the ___1st___ day of ~~October~~ November, 2012.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court