IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| INGE GOODSON,<br><br>    *Plaintiff*,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>    *Defendant*. | Case No. 1:12-cv-00065 |

### DEFENDANT BANK OF AMERICA, N.A.'S MOTION FOR SUMMARY JUDGMENT

Defendant Bank of America, N.A. ("BANA"), by its undersigned attorneys, respectfully submits this Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and states that there are no genuine issues of material fact and that Defendant is entitled to judgment as a matter of law. In support of its arguments, BANA relies upon its concurrently filed memorandum of law.

This the 22nd day of April, 2013.    Respectfully submitted,

/s/ Paul Allen England
Lauren Paxton Roberts (BPR No. 25049)
Paul Allen England (BPR No. 26288)
STITES & HARBISON, PLLC
SunTrust Plaza
401 Commerce Street, Suite 800
Nashville, TN 37219
(615) 782-2200 (phone)
(615) 742-0705 (fax)
*lauren.roberts@stites.com*
*paul.england@stites.com*

Kelli Burns (pro hac vice)
McGuireWoods LLP
201 N. Tryon St.
Suite 3000
Charlotte, NC 28202
Direct Dial: 704-343-2172
Direct Fax: 704-373-8828
*kburns@mcguirewoods.com*
*Counsel for Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2013, a copy of the foregoing was filed electronically with the Clerk's office by using the CM/ECF system and served electronically and/or via first-class U.S. mail, postage prepaid, upon all counsel as indicated below. Parties may also access this filing through the Court's ECF system.

Patrick Barrett
Barrett Law Office, PLLC
2021 Richard Jones Road, Suite 300
Nashville, Tennessee 37215
pbarrett@barrettlawofficetn.com

John R. Ates
Ates Law Firm, P.C.
1800 Diagonal Road
Suite 600
Alexandria, Virginia 22314
j.ates@ateslaw.com

Henry Franklin Todd, Jr.
Todd & Spencer Law Firm
404 E. College Street
Dickson, Tennessee 37055
henrytoddjr@bellsouth.net

/s/ Paul Allen England
Paul Allen England