UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| INGE GOODSON | ) |
| | ) |
| v. | )  NO. 1:12–0065 |
| | )  JUDGE SHARP |
| BANK OF AMERICA, N.A. | ) |
| | ) |

### ORDER

By previous Order (Docket No. 14) entered October 3, 2012, a final pretrial conference was scheduled for Monday, July 8, 2013 at 3:00 p.m. in Columbia, Tennessee. The final pretrial conference is hereby rescheduled for Nashville, Tennessee for the same date and time.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE