UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| INGE GOODSON | ) | |
| | ) | |
| v. | ) | NO. 1:12–0065 |
| | ) | JUDGE SHARP |
| BANK OF AMERICA, N.A. | ) | |
| | ) | |

**ORDER**

Pending before the Court is Plaintiff's Emergency Motion to Continue Trial Date and Consolidate Trial in the Cases of Goodson v. Bank of America and Goodson v. Shapiro & Kirsch, LLP (Docket No. 37) and Defendant's Response to Plaintiff's Emergency Motion to Continue Trial Date and Consolidate Trials (Docket No. 40).

The motion to continue is GRANTED, the motion to consolidate is DENIED. The jury trial scheduled for July 23, 2013, is hereby rescheduled for Tuesday, November 19, 2013, in Columbia, Tennessee. The final pretrial conference scheduled for July 8, 2013, is continued to Friday, November 8, 2013, at 2:30 p.m. in Nashville, Tennessee.

The deadlines for trial-related matters will be addressed in a subsequent Order closer to the trial date.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE