*Kevin H. Sharp*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **INGE GOODSON,**<br><br>Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA, N.A.,**<br><br>Defendant. | Case No. 1:12-cv-00065 |

## DEFENDANT'S MOTION TO DISMISS

Defendant Bank of America, N.A. ("Defendant"), by its undersigned attorneys, respectfully moves the Court to dismiss the Complaint filed by Plaintiff Inge Goodson ("Plaintiff") pursuant to Federal Rules of Civil Procedure Rule 12(b)(6) for failing to state a claim upon which relief may be granted. Plaintiff's claim against Defendant fails as a matter of law and the Complaint should be dismissed in its entirety.

In support of its arguments, Defendant relies upon their concurrently filed memorandum of law.

Respectfully submitted,

/s/ Lauren Paxton Roberts
Lauren Paxton Roberts (B.P.R. No. 25049)
STITES & HARBISON, PLLC
SunTrust Plaza
401 Commerce Street, Suite 800
Nashville, TN 37219
(615) 782-2284 (phone)
(615) 742-0729 (fax)
*Lauren.roberts@stites.com*
*Counsel for Bank of America, N.A.*