IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| INGE GOODSON,<br><br>    *Plaintiff*,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>    *Defendant*. | Case No. 1:12-cv-00065 |

### BANK OF AMERICA, N.A.'S RESPONSE TO PLAINTIFF'S MOTION TO RESCHEDULE TRIAL

Defendant Bank of America, N.A. ("BANA" or "Defendant"), by its undersigned attorney, respectfully submits this Response to Plaintiff's Motion to Reschedule Trial ("Motion").

Plaintiff's Motion sets forth that counsel for Plaintiff has a conflict with the date for the Pretrial Conference, November 8, 2013. Since the trial date is November 19, 2013, Defendant submits that simply resetting the Pretrial Conference date would rectify any issue of counsel rather than continuing the entire trial. This case was initially filed July 6, 2012 and has already had one continuance of the trial date granted per Plaintiff's request. Defendant would request that the Pretrial Conference date be reset if possible, and that the trial date remain November 19, 2013.

If the trial date cannot remain November 19, 2013, Defendant respectfully submits that as set forth in *Goodson v. Shapiro & Kirsch*, Case No. 1:11-cv-31, ("Shapiro Case") Plaintiff did not oppose Shapiro & Kirsch's ("Shapiro") motion to continue the trial until after BANA's trial (Case No. 1:11-cv-31, Doc. # 102) and then consented to a second motion to continue that trial in the *Shapiro* Case until after trial in the case at bar ("BANA case") (Case No. 1:11-cv-31, Doc. #

1

120, 121). However, Plaintiff now submits to the Court that the BANA Case trial date should come after the Shapiro case as it would be more streamlined. (*See* Doc. # 45, ¶¶ 5, 6). Defendant would submit to the Court that in light of the anticipated motion from Shapiro and in the interest of judicial resources that the BANA Case be set for trial prior to the Shapiro Case.

Respectfully submitted,

 s/ Lauren Paxton Roberts
Lauren Paxton Roberts
STITES & HARBISON, PLLC
SunTrust Plaza
401 Commerce Street, Suite 800
Nashville, TN 37219
(615) 782-2284 (phone)
(615) 742-0729 (fax)
*Lauren.roberts@stites.com*

Kelli Burns (pro hac vice)
McGuireWoods LLP
201 N. Tryon St.
Suite 3000
Charlotte, NC 28202
Direct Dial: 704-343-2172
Direct Fax: 704-373-8828
*kburns@mcguirewoods.com*
*Counsel for Bank of America, N.A.*

# CERTIFICATE OF SERVICE

I do hereby certify that on this 1st day of October, 2013, a true and exact copy of the foregoing **Response to Plaintiff's Motion to Reschedule Trial** has this day been filed with the Clerk of the Court using the CM/ECF system which sent notice of filing to parties listed and mailed a true copy of same via prepaid First Class mail and/or electronic mail to:

>Patrick Barrett
>Barrett Law Office, PLLC
>2021 Richard Jones Road, Suite 300
>Nashville, Tennessee 37215
>pbarrett@barrettlawofficetn.com
>
>Henry Franklin Todd, Jr.
>Todd & Spencer Law Firm
>404 E. College Street
>Dickson, Tennessee 37055
>henrytoddjr@bellsouth.net
>
>John R. Ates
>Ates Law Firm, P.C.
>1800 Diagonal Road
>Suite 600
>Alexandria, Virginia 22314
>j.ates@ateslaw.com
>*Attorneys for Plaintiff*

Dated this 1st day of October, 2013.

                                                  s/ Lauren Paxton Roberts
                                                Lauren Paxton Roberts

1019428:1:NASHVILLE