UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| INGE GOODSON | ) | |
| | ) | |
| v. | ) | NO. 1:12–0065 |
| | ) | JUDGE SHARP |
| BANK OF AMERICA, N.A. | ) | |
| | ) | |

**ORDER**

Pending before the Court is Plaintiff's Motion to Reschedule Trial (Docket No. 45) to which the Defendant has responded in opposition (Docket No. 46)

The motion is GRANTED. The jury trial scheduled for November 19, 2013, is hereby rescheduled for Tuesday, January 21, 2014, in Columbia, Tennessee. The final pretrial conference scheduled for November 8, 2013, is rescheduled for Monday, January 13, 2014, at 3:00 p.m. in Nashville, Tennessee.

The deadlines for trial-related matters will be addressed in a subsequent Order closer to the trial date.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE