IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| INGE GOODSON,<br><br>    *Plaintiff*,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>    *Defendant*. | Case No. 1:12-cv-00065 |

## BANK OF AMERICA, N.A.'S RESPONSE TO PLAINTIFF'S MOTION TO RESCHEDULE TRIAL

Defendant Bank of America, N.A. ("BANA" or "Defendant"), by its undersigned attorney, respectfully submits this Response to Plaintiff's Motion to Reschedule Trial ("Motion") [Doc. 49].

If the trial date cannot remain January 21, 2014, Defendant respectfully submits that as set forth in *Goodson v. Shapiro & Kirsch*, Case No. 1:11-cv-31, ("Shapiro Case") Plaintiff did not oppose Shapiro & Kirsch's ("Shapiro") motion to continue the trial until after BANA's trial (Case No. 1:11-cv-31, Doc. # 102) and then consented to a second motion to continue that trial in the *Shapiro* Case until after trial in the case at bar ("*BANA* case") (Case No. 1:11-cv-31, Doc. # 120, 121). However, Plaintiff now submits to the Court that the BANA trial date should come after the Shapiro case as it would be more streamlined. (*See* Doc. # 49, ¶¶ 3, 4). Defendant would submit to the Court that in light of the anticipated motion from Shapiro and in the interest of judicial resources that the BANA Case be set for trial prior to the Shapiro Case. Further, again plaintiff's counsel requests that the cases be consolidated which has previously been denied. If the Court deems the motion as one to consolidate, Defendant submits that the prior ruling on this matter should not be disturbed.

This is the 3rd day of January, 2014.    Respectfully submitted,

 s/ Lauren Paxton Roberts
Lauren Paxton Roberts
STITES & HARBISON, PLLC
SunTrust Plaza
401 Commerce Street, Suite 800
Nashville, TN 37219
(615) 782-2284 (phone)
(615) 742-0729 (fax)
*Lauren.roberts@stites.com*

Kelli Burns (pro hac vice)
McGuireWoods LLP
201 N. Tryon St.
Suite 3000
Charlotte, NC 28202
Direct Dial: 704-343-2172
Direct Fax: 704-373-8828
*kburns@mcguirewoods.com*
*Counsel for Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I do hereby certify that true and exact copies of the foregoing **Response to Plaintiff's Motion to Reschedule Trial** has this day been filed with the Clerk of the Court using the CM/ECF system which sent notice of filing to parties listed and mailed a true copy of same via prepaid First Class mail and/or electronic mail to:

    Patrick Barrett
    Barrett Law Office, PLLC
    2021 Richard Jones Road, Suite 300
    Nashville, Tennessee 37215
    pbarrett@barrettlawofficetn.com

    Henry Franklin Todd, Jr.
    Todd & Spencer Law Firm
    404 E. College Street
    Dickson, Tennessee 37055
    henrytoddjr@bellsouth.net

2

Case 1:12-cv-00065   Document 50   Filed 01/03/14   Page 2 of 3 PageID #: 838

John R. Ates
Ates Law Firm, P.C.
1800 Diagonal Road
Suite 600
Alexandria, Virginia 22314
j.ates@ateslaw.com
*Attorneys for Plaintiff*

Dated this 3rd day of January, 2014.

                                             s/ Lauren Paxton Roberts
                                            Lauren Paxton Roberts

1032657:1:NASHVILLE

3

Case 1:12-cv-00065   Document 50   Filed 01/03/14   Page 3 of 3 PageID #: 839