UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| INGE GOODSON ) | |
| ) | |
| v. ) | NO. 1:12–0065 |
| ) | JUDGE SHARP |
| BANK OF AMERICA, N.A. ) | |
| ) | |

**ORDER**

Pending before the Court is Plaintiff's Motion to Reschedule Trial (Docket No. 49) to which the Defendant has responded in opposition (Docket No. 50).

The motion is GRANTED. The jury trial scheduled for January 21, 2014, is hereby rescheduled for Tuesday, April 29, 2014, in Columbia, Tennessee. The final pretrial conference scheduled for January 13, 2014, is rescheduled for Monday, April 21, 2014, at 2:00 p.m. in Nashville, Tennessee.

The pending motions in limine (Docket Nos. 33, 34, 35, and 36) filed by the Defendant are hereby termed as moot to be refiled closer to the trial date.

The deadlines for trial-related matters will be addressed in a subsequent Order closer to the trial date.

IT IS SO ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE