UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| INGE GOODSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:12-00065 |
| | ) Judge Sharp |
| BANK OF AMERICA, N.A. | ) ) |
| Defendant. | ) |

### ORDER

For the reasons set forth in the accompanying Memorandum, the Motion for Summary Judgment filed by Bank of America, N.A. (Docket No. 20) is hereby GRANTED, and Plaintiff Inge Goodson's claims against this Defendant are hereby DISMISSED WITH PREJUDICE. With that ruling, Defendant's Motion to Strike (Docket No. 29) is hereby DENIED AS MOOT.

The Clerk of the Court shall enter judgment on a separate document in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE