UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| INGE GOODSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:12-cv-065 |
| ) | |
| ) | Judge Sharp |
| BANK OF AMERICA, N.A. ) | |
| ) | |
| Defendant. | ENTRY OF JUDGMENT |

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on March 11, 2014.

KEITH THROCKMORTON, CLERK

s/ Hannah B. Blaney