IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| INGE GOODSON, )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>BANK OF AMERICA, N.A. )<br>    Defendant. ) | Case No. 1:12-cv-00065 |

## NOTICE OF APPEAL

Plaintiff Inge Goodson, by counsel, hereby gives notice that Ms. Goodson hereby appeals the Entry of Judgment (Dkt. 55), entered March 11, 2014, in favor of Defendant Bank of America, N.A. and against Ms. Goodson based on the Memorandum Opinion of the Court (Dkt. 53) and that corresponding portion of the Court's Order (Dkt. 54) which stated: "For the reasons set forth in the accompanying Memorandum, the Motion for Summary Judgment filed by Bank of America, N.A. (Docket No. 20) is hereby GRANTED, and Plaintiff Inge Goodson's claims against this Defendant are hereby DISMISSED WITH PREJUDICE.."

    Respectfully submitted,

By:   *s/ John Ates*
    John R. Ates, VA Bar #71697 (*pro hac vice*)
    Ates Law Firm, P.C.
    1800 Diagonal Road, Suite 600
    Alexandria, VA 22314
    Tel.: (703) 647-7501; Fax: (703) 229-6430
    *Email:* j.ates@ateslaw.com

    Patrick Barrett (No. 20394)
    Barrett Law Office, PLLC
    2021 Richard Jones Road, Suite 300
    Nashville, Tennessee 37215
    Tel.: (615) 463-4000; Fax: (615) 463-3717
    Email: pbarrett@barrettlawofficetn.com

    *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served via electronic filing this 9th day of April, 2014 to the following counsel of record:

Lauren Paxton Roberts
Paul Allen England
Stites & Harbison, PLLC (Nashville)
SunTrust Plaza
401 Commerce Street
Suite 800
Nashville, TN 37219
(615) 782-2284
Fax: (615) 742-0729
Email: lauren.roberts@stites.com
paul.england@stites.com

Kelli Burns (pro hac vice)
McGuireWoods LLP
201 N. Tryon St.
Suite 3000
Charlotte, NC 28202
Direct Dial: 704-343-2172
Direct Fax: 704-373-8828
kburns@mcguirewoods.com

Counsel for Defendant

                                                               *s/ John Ates*
John R. Ates, VA Bar #71697 (*pro hac vice*)
Ates Law Firm, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Telephone: (703) 647-7501
Facsimile: (703) 229-6430
*Email: j.ates@ateslaw.com*